■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM H. MANNING, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of

Supreme Court, Monroe County, Boomer, J.—robbery, first degree.) Present—Callahan, J. P., Doerr, Denman, Balio and Schnepp, JJ.